# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILDELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Bonita L. Wyatt** <br> **aka Bonnie Wyatt** <br>    Debtor <br> **Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.** <br>    Movant <br> v. <br> **Bonita L. Wyatt** <br> **aka Bonnie Wyatt** <br>    Debtor/Respondent <br> **SCOTT F. WATERMAN, Esquire** <br>    Trustee/Respondent | **Bankruptcy No. 21-10138-amc** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this **6th** day of **March**, 2024, upon consideration of Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.'s Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.; and it is further

ORDERED, that Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies

against the property located at 2011 E Kings Hwy, Coatesville, PA 19320, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Mortgage Assets Management, LLC f/k/a Reverse Mortgage Solutions, Inc.'s request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge